

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | Cause No. CR 03-77-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | ORDER DENYING MOTION |
| JESSE BASSINGER, | |
| Defendant. | |

On October 6, 2014, Defendant Jesse Bassinger moved the Court to reduce his sentence. The Court lacks authority to do so, *see* 18 U.S.C. § 3582(c), because Amendment 782 has not yet been enacted. If enacted, it will not authorize any prisoner's release until November 1, 2015. *See* U.S.S.G. § 1B1.10(e) (proposed); Application Note 6 (proposed).

A motion lacking legal foundation will not be held on the docket in anticipation that jurisdiction may arise in the future. Bassinger may file a motion if and when it becomes appropriate.

Accordingly, IT IS HEREBY ORDERED that Bassinger's motion to reduce his sentence (Doc. 322) is DENIED.

DATED this 7th day of October, 2014.

/s/ Susan P. Watters
Susan P. Watters
United States District Court